Certificate Number: 16339-OR-DE-037740511

Bankruptcy Case Number: 23-31846



16339-OR-DE-037740511

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2023, at 2:56 o'clock PM EDT, Nancy Jones completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Oregon.

Date:   September 6, 2023          By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor